## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR151** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **COLMENARES RODRIGUEZ, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's oral motion made on the record on October 13, 2009, in the case of *United States v. Colmenares Rodriguez, Inc.,* 8:09CR173.   Pursuant to the plea agreement entered in 8:09CR173 between the government and Colmenares Rodriguez, Inc., the government orally moved for dismissal of the Indictment in 8:08CR151 as against the Defendant, Colmenares Rodriguez, Inc.

IT IS ORDERED:

1.      The government's oral motion made in 8:09CR173 regarding 8:08CR151 is granted; and

2.      The Indictment in 8:08CR151 is dismissed as against the Defendant, Colmenares Rodriguez, Inc.

DATED this 15th day of October, 2009.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge